**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **LORD & TAYLOR, LLC,** | * |
| Plaintiff/Counter-Defendant, | * |
| v. | * Case No. 13-cv-1912-RWT |
| **WHITE FLINT, L.P.,** | * |
| Defendant/Counter-Claimant. | * |

## **ORDER**

Upon consideration of Defendant's Motion for Other Relief Regarding Mediation, ECF No.24, Plaintiff's Response in Opposition, ECF No. 25, Defendant's Reply, ECF No. 26, Plaintiff's Motion to Clarify and Extend the Deadlines to Respond to the Parties' Discovery Requests and White Flint's Partial Summary Judgment, ECF No. 27, and the Court having conducted a telephone status conference with respect thereto on September 23, 2013, it is, this 24th day of September, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendant's Motion for Other Relief Regarding Mediation, ECF No. 24, is **GRANTED**; and it is further

**ORDERED**, that a settlement conference (mediation) shall proceed as scheduled on October 8, 2013 or such other date as Chief Magistrate Judge Connelly shall determine; and it is further

**ORDERED**, that Plaintiff's Motion to Clarify and Extend the Deadlines to Respond to the Parties' Discovery Requests and White Flint's Partial Summary Judgment, ECF No. 27, is **GRANTED** and the parties shall not engage in any discovery until the conclusion of any mediation, and any deadlines the parties have to exchange documents shall be extended until 14 days following

the date of mediation and the deadline to respond to Defendant's Motion for Partial Summary Judgment shall be extended until thirty days following mediation if unsuccessful.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE