IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LORD & TAYLOR, LLC,** | \* |
| Plaintiff/Counter-Defendant, | \* |
| v. | \*   Case No. 13-cv-1912-RWT |
| **WHITE FLINT, L.P.,** | \* |
| Defendant/Counter-Claimant. | \* |

## ORDER

Upon consideration of White Flint, L.P.'s Motion for Partial Summary Judgment [ECF No. 15], a Response in Opposition and Reply thereto [ECF Nos. 43, 52], Lord & Taylor, LLC's Motion to Dismiss Counterclaims [ECF No. 16], a Response in Opposition and Reply thereto [ECF Nos. 41, 49], Lord & Taylor, LLC's Motions for Leave to File a First Amended Complaint [ECF No. 17] and Second Amended Complaint [ECF No. 33], Responses in Opposition thereto [ECF Nos. 45, 47], the arguments presented by counsel at a hearing held before the undersigned on December 20, 2013, and for the reasons stated on the record, it is, this 20th day of December, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Lord & Taylor, LLC's Motion for Leave to File a First Amended Complaint [ECF No. 17] is **DENIED**; and it is further

**ORDERED**, that Lord & Taylor, LLC's Motion for Leave to File a Second Amended Complaint [ECF No. 33] to add LT Propco LLC as a Plaintiff is **GRANTED** and Lord & Taylor, LLC is directed to promptly file a redline and amended complaint; and it is further,

**ORDERED**, that White Flint, L.P.'s Motion for Partial Summary Judgment on Count II of the Complaint [ECF No. 15] is **GRANTED**; and it is further

**ORDERED**, that Count II of the Complaint is hereby **DISMISSED**; and it is further

**ORDERED**, that Lord & Taylor's Motion to Dismiss Counterclaims [ECF No. 16] is **GRANTED**; and it is further

**ORDERED**, that the Counterclaims are hereby dismissed.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
