UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

|  |  |  |
|---|---|---|
| LORD & TAYLOR, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 8:13-cv-01912-RWT |
| | * | |
| WHITE FLINT, L.P. n/k/a | * | |
| WHITE FLINT MALL, LLP, | * | |
| | * | |
| Defendant | * | |

****** 

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiff Lord & Taylor, LLC, pursuant to 28 U.S.C.

§ 1292(a) and any other applicable provisions, hereby appeals to the United States Court of

Appeals for the Fourth Circuit from that portion of the Order entered by this Court on December

20, 2013, (Dkt. No. 54) granting Defendant White Flint Mall, LLP summary judgment on Count

II of Plaintiff's Complaint, and thereby denying Plaintiff's request for injunctive relief.[1]

---

[1] Plaintiff intends to seek to expedite this appeal.

Respectfully submitted,

Dated:  December 24, 2013                        /s/
                                         David G. Barger (MD Bar No. 14716)
                                         Email:  bargerd@gtlaw.com
                                         Michelle D. Gambino, *pro hac vice*
                                         Email:  gambinom@gtlaw.com
                                         Kevin B. Bedell (MD Bar No. 15513)
                                         Email:  bedellk@gtlaw.com
                                         Greenberg Traurig, LLP
                                         1750 Tysons Blvd., Suite 1200
                                         McLean, VA  22102
                                         Tel:  (703) 749-1380
                                         Fax: (703) 749-1381

                                         *Counsel for Lord & Taylor, LLC*
                                           *and LT Propco LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of December, 2013, I will electronically file a true

copy of the foregoing Notice of Appeal was filed electronically with the Clerk of the Court using

the CM/ECF system, and that service will thereby be accomplished on:

S. Scott Morrison, Esq.
David C. Rohrbach (pending *pro hac vice*)
Katten Muchin Rosenman, LLP
2900 K Street, NW
North Tower – Suite 200
Washington, DC  20007
Tel: (202) 625-3500
Fax: (202) 298-7570
scott.morrison@kattenlaw.com
david.rohrbach@kattenlaw.com
*Counsel for Defendant White Flint Mall*


                      /s/
                      Kevin B. Bedell
                      MD Bar No.  15513
                      Email:  bedellk@gtlaw.com
                      Greenberg Traurig, LLP
                      1750 Tysons Blvd., Suite 1200
                      McLean, VA  22102
                      Tel:  (703) 749-1380
                      Fax: (703) 749-1381

                      *Counsel for Lord & Taylor, LLC*
                      *and LT Propco LLC*

*TCO 360586637v1*