# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **LORD & TAYLOR, LLC, ET AL** <br><br> Plaintiffs, <br><br> v. <br><br> **WHITE FLINT, L.P.** <br><br> Defendant. | Case No. 13-cv-1912-RWT |

## ORDER

Plaintiffs Lord & Taylor, LLC and LT PROPCO LLC (together "Lord & Taylor") have filed a Motion for Leave to File Second Amended Complaint. ECF No. 67. The proposed amended complaint adds various claims including additional breach of contract claims, interference with easements, fraud, unjust enrichment, and trespass and conversion. It names an additional Defendant and demands monetary damages. ECF No. 67-1. Defendant White Flint, L.P. ("White Flint") filed a response in opposition. ECF No. 70. White Flint argues that the request for leave to amend is being made in bad faith, is prejudicial to White Flint, and is futile.

Federal Rule of Civil Procedure 15(a)(2) provides that "[t]he court should freely give leave [to amend a pleading] when justice so requires." Under this standard, leave to amend is freely given "unless 'the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or the amendment would have been futile.'" *Steinburg v. Chesterfield Cnty. Planning Comm'n*, 527 F.3d 377, 390 (4th Cir. 2008) (quoting *Laber v. Harvey,* 438 F.3d 404, 426 (4th Cir. 2006)).

The Court has considered White Flint's arguments but finds that under the liberal standard for granting leave to amend, such leave should be granted. The Court notes that this decision is by no means a prediction that the allegations can be sustained after proof at trial or on a motion for summary judgment but the inquiry focuses only on whether the allegations, taken as true, would be futile. Under this fairly liberal standard, the Court will grant Lord & Taylor leave to amend.

Accordingly, it is this 25th day of June, 2014, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Leave to File Second Amended Complaint [ECF No. 67] **is GRANTED**; and it is further

**ORDERED**, that Plaintiff's proposed Second Amended Complaint [ECF No. 67-1] is deemed filed as of the date of this Order.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE