### UNITED STATES DISTRICT COURT
#### DISTRICT OF MARYLAND

**JILLYN K. SCHULZE**
**UNITED STATES MAGISTRATE JUDGE**

**6500 CHERRYWOOD LANE**
**SUITE 335A**
**GREENBELT, MARYLAND 20770**
**(301) 344-0630**
**Fax:  (301) 344-0629**

September 22, 2014

**FILED VIA CM/ECF**

**TO:  COUNSEL OF RECORD**

Re:  *Lord & Taylor, LLC v. White Flint, L.P.*
Civil No. RWT 13-1912

Dear Counsel:

Please be advised that I have scheduled a telephone motions hearing (ECF Nos. 66, 73, 87, 91 and 95) for **October 1, 2014** at **2:30 p.m.** in the above-referenced case.  Please allow approximately 45 minutes.

Chambers will initiate the call.

This letter is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Jillyn K. Schulze
United States Magistrate Judge