UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JILLYN K. SCHULZE  
UNITED STATES MAGISTRATE JUDGE

6500 CHERRYWOOD LANE
SUITE 335A
GREENBELT, MARYLAND 20770
(301) 344-0630
Fax: (301) 344-0629

October 1, 2014

**FILED VIA CM/ECF**

TO:  COUNSEL OF RECORD

Re: *Lord & Taylor, LLC v. White Flint, L.P.*
Civil No. RWT 13-1912

Dear Counsel:

Please be advised that I have scheduled a telephone motions hearing (ECF Nos. 66, 73, 87, 91, 95, 100 and 101) for **October 27, 2014** at **2:00 p.m.** in the above-referenced case.  Please allow approximately an hour.

Chambers will initiate the call.

This letter is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

Jillyn K. Schulze
United States Magistrate Judge