## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LORD & TAYLOR, LLC,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Case No. RWT 13-cv-1912 |
| **WHITE FLINT, LP,** *et al.*, | * |
| Defendants. | * |

### ORDER

Upon consideration of Plaintiffs Lord & Taylor, LLC and LT Propco, LLC's Motion for Jury View and Memorandum in Support Thereof (ECF No. 257), Defendant White Flint, LP's Opposition to Plaintiffs' Motion for Jury View (ECF No. 293), and concluding that Plaintiffs have not demonstrated that the circumstances here warrant a jury view, adequate substitutes are available, a jury view would unnecessarily prolong the trial, and a jury view would interfere with the efficient administration of the trial, it is this 16th day of July, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiffs Motion for Jury View and Memorandum in Support Thereof (ECF No. 257) is hereby **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE