IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **LORD & TAYLOR, LLC,** *et al.*, | * |
| Plaintiffs, | * |
| v. | * Case No. RWT 13-cv-1912 |
| **WHITE FLINT, LP,** *et al.*, | * |
| Defendants. | * |

## ORDER

Upon consideration of Defendant White Flint, LP's Motion *In Limine* to Exclude Evidence Regarding Wealth (ECF No. 274), Plaintiffs Lord & Taylor, LLC and LT Propco, LLC's Opposition to Motion *In Limine* to Exclude Evidence Regarding Wealth (ECF No. 301), the parties' various motions to seal (ECF Nos. 273, 303), and concluding that the only issues for trial are whether Defendant's planned redevelopment of the White Flint Mall site violates the parties' reciprocal easement agreement and, if yes, how much Plaintiffs should be compensated, it is this 17th day of July, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion *In Limine* to Exclude Evidence Regarding Wealth (ECF No. 274) is hereby **GRANTED**, and Plaintiffs are precluded from referring at trial to Theodore Lerner's wealth or to the wealth of any other person or entity, including, without limitation, White Flint, LP, Lerner Enterprises, LLC, Lerner Corporation, the Washington Nationals Baseball Club, and their affiliates, officers, executives, and directors; and it is further

**ORDERED**, that Motion to File Under Seal Motion *In Limine* to Exclude Evidence Regarding Wealth (ECF No. 273) is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Motion to File Under Seal (ECF No. 303) is hereby **GRANTED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE