## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LORD & TAYLOR, LLC,** *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. RWT 13-cv-1912 |
| **WHITE FLINT, LP,** *et al.*, | * | |
| Defendants. | * | |

## <u>ORDER</u>

On July 20, 2015, the Court held a pretrial conference and hearing on motions *in limine*. ECF No. 347. Upon consideration of the parties' Proposed Pretrial Order (ECF No. 338), Proposed Voir Dire (ECF No. 332), Proposed Jury Instructions (ECF No. 336), Proposed Verdict Forms (ECF Nos. 330, 331), the various motions *in limine* (ECF Nos. 272, 275, 276, 277, 278, 279, 281, 282, 285, 286, 292), the parties responses thereto, and the arguments presented by counsel at a hearing held before the undersigned on July 20, 2015, it is, for reasons stated on the record, this 21st day of July, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that the parties are hereby **DIRECTED** to confer in-person and submit to the Court jointly approved proposed voir dire questions, together with a list of questions on which they are unable to agree, on or before **July 22, 2015 at 4:00 p.m.**; and it is further

**ORDERED**, that Defendants are hereby **PERMITTED** to conduct a deposition of Michael Gould in New York City, either in-person or by video on or before **July 24, 2015**; and it is further

**ORDERED**, that Defendants' Motion *In Limine* To Exclude Claims Regarding Alleged Increases in Crime at the Lord & Taylor Store (ECF No. 272) is hereby **GRANTED**; and it is further

**ORDERED**, that Defendants' Motion *In Limine* to Exclude Portions of the Testimony by John Callow or Christopher Tiesler (ECF No. 275) is hereby **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Defendant's Expert Witness Kara Allan (ECF No. 276) is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Cumulative Expert Testimony of Barry Kaufman or Gene Sisco (ECF No. 277) is hereby **DENIED** without prejudice to renew based on the efficient administration of this two-week trial; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Evidence Regarding Unrelated Litigation Matters in which Lord & Taylor was Previously Involved (ECF No. 278) is hereby **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Evidence Regarding Certain Statements and Documents Concerning the Redevelopment (ECF No. 279) is hereby **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Testimony of Scott Decain (ECF No. 281) is hereby **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude White Flint from Arguing Lord & Taylor was Obligated to Interfere with the County's Passing of its Own Sector Plan and White Flint's Subsequent Sketch Plan Application (ECF No. 282) is hereby **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Exclude Testimony of Anne M. Randall (ECF No. 285) is hereby **DENIED**; and it is further

**ORDERED**, that Plaintiffs' Motion *In Limine* to Strike Expert Designations (ECF No. 286) is hereby **DENIED**; and it is further

**ORDERED**, that Defendants' Motion *In Limine* to Exclude Evidence of Damages Based on the Cost of Redesigning the Lord & Taylor Store (ECF No. 292) is hereby **DENIED** without prejudice to renew; and it is further

**ORDERED**, that a further hearing on the remaining motions *in limine* (ECF Nos. 271, 280, 284) is hereby **SCHEDULED** for **July 22, 2015 at 2:00 p.m.** for one and a half hours.

/s/
_____
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE
