**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>UNITED STATES DISTRICT JUDGE | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND 20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Lord & Taylor, LLC, et al. v. White Flint, LP, et al.*
Civil No. RWT-13-1912

DATE: July 24, 2015

\* \* \* \* \* \* \* \* \*

On July 20 and 22, 2015, the Court held hearings to address pretrial matters and the parties' motions *in limine*. On **July 27, 2015 at 3:00 p.m.**, the Court will conduct a further hearing on the proposed voir dire questions (ECF No. 349) and will announce its rulings on the remaining motions *in limine* (ECF Nos. 271, 280, 284).

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge