**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Lord & Taylor, LLC, et al. v. White Flint, LP, et al.*
Civil No. RWT-13-1912

DATE: September 28, 2015

\* \* \* \* \* \* \* \* \*

On August 17, 2015, this Court entered an Order of Judgment in favor of Plaintiffs (ECF No. 395). Defendant White Flint, LP filed a Notice of Appeal on August 31, 2015 (ECF No. 402), and Plaintiffs cross-appealed on September 10, 2015 (ECF No. 422). On August 31, 2015, Plaintiffs filed a Motion for Attorneys' Fees (ECF No. 405). Defendant filed an Opposition to Plaintiffs' Motion for Attorneys' Fees on September 18, 2015 (ECF No. 429).

Local Rule 109.2(a) requires that "any motion requesting the award of attorneys' fees must be filed within fourteen (14) days of the entry of judgment." Local Rule 109.2(a) (D. Md.). In the event of an appeal, the memorandum must be filed "within fourteen (14) days of the issuance of the mandate of the Court of Appeals," and "[a]ny opposition to the motion shall be filed within fourteen (14) days of service of the memorandum." *Id.*

Upon consideration that both parties have filed an appeal and that a premature response has been filed by the Defendant, Defendant's Opposition to Plaintiffs' Motion for Attorneys' Fees (ECF No. 429) is hereby **STRICKEN**, and all proceedings on Plaintiffs' Motion for Attorneys' Fees (ECF No. 405) are hereby **STAYED** pending issuance of the mandate of the Fourth Circuit.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/
Roger W. Titus
United States District Judge